# Exhibit "L"

1

1

2   UNITED STATES BANKRUPTCY COURT

3   SOUTHERN DISTRICT OF NEW YORK

4   - - - - - - - - - - - - - - - - - - - -x

5   In the Matter of:

6   ALL YEAR HOLDINGS LIMITED,            Lead Case No.

7           Debtor.                      21-12051-mg

8   - - - - - - - - - - - - - - - - - - - -x

9   AYH WIND DOWN LLC,

10          Plaintiff,                    Adv. Proc. No.

11  v.                                    23-01180-mg

12  SILBERSTEIN,

13          Defendant.

14  - - - - - - - - - - - - - - - - - - - -x

15              United States Bankruptcy Court

16              One Bowling Green

17              New York, New York

18              July 10, 2024

19              10:06 AM

20

21  B E F O R E:

22  HON. MARTIN GLENN

23  U.S. BANKRUPTCY JUDGE

24

25  ECRO:  KAREN

2

1

2    Adversary Proceeding:   23-01180-mg AYH Wind Down LLC v.

3    Silberstein Pre-motion Conference using Zoom for Government

4    (Doc. #29 to 32)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20    Transcribed by:   Sharona Shapiro

21    eScribers, LLC

22    7227 North 16th Street, Suite #207

23    Phoenix, AZ 85020

24    (800) 257-0885

25    operations@escribers.net

3

1

2  A P P E A R A N C E S (All present by video or telephone):

3  CHAPMAN AND CUTLER LLP

4        Attorneys for Debtor/Plaintiff

5        320 South Canal Street

6        27th Floor

7        Chicago, IL 60606

8

9  BY:   ERIC SILVESTRI, ESQ.

10

11

12  KUDMAN TRACHTEN ALOE POSNER LLP

13        Attorneys for Defendant

14        488 Madison Avenue

15        23rd Floor

16        New York, NY 10022

17

18  BY:   DAVID N. SAPONARA, ESQ.

19        PAUL H. ALOE, ESQ.

20

21

22

23

24

25

**AYH Wind Down LLC v. Silberstein**

4

```
1                      P R O C E E D I N G S
2            THE CLERK:  All right.  I called the Silberstein
3   matter first, Judge, and took the appearances.
4            THE COURT:  Thank you very much.
5            All right.  Good morning.  Who wants to begin in the
6   Silberstein matter?
7            MR. SILVESTRI:  Good morning, Your Honor.  Eric
8   Silvestri on behalf of the plaintiff.  If it's okay with
9   everybody.  I'll begin.
10           THE COURT:  Okay.
11           MR. SILVESTRI:  It's our pre-motion conference on a
12  summary judgment motion.  Judge, you may recall we were in
13  front of you on this same request a little while ago, about a
14  month-and-a-half ago.  And at that time, we had a pending
15  motion to file an amended complaint.  And Your Honor advised
16  that we shouldn't put the cart before the horse because it
17  would probably mean two summary judgment motions.
18           So we essentially waited to see what would happen with
19  that.  Defendant chose not to oppose that motion.  The amended
20  complaint was filed.  We then updated our initial disclosures
21  with information relevant to the amended complaint, which added
22  two fraudulent -- I believe it's two fraudulent transfer
23  claims, one under bankruptcy law and another under New York
24  State law -- related to what is essentially the only issue in
25  this case, which is a purported release of the defendant of his
```

**AYH Wind Down LLC v. Silberstein**

1   obligations by Mr. Goldman.

2        So that is where we are.  I'm happy to go into more

3   detail, Your Honor, if you'd like.  But our position is,

4   essentially, we are now at the point where the amended

5   complaint is at issue.  It's been answered.

6        Nothing's changed, in terms of our view, that there

7   are essentially no material facts in dispute, at a minimum,

8   surrounding what I'll call the core breach of contract claim.

9   Well, I'll probably choose a different word because there's

10  going to be some discussion about core versus noncore, but the

11  central breach of contract claim.

12       We can get into it, if you'd like, Your Honor, because

13  I know there were some papers back and forth leading up to this

14  conference, but from our point of view, suffice it to say,

15  there are no real issues of material -- disputes of material

16  facts surrounding the promissory note, the funds being issued,

17  and the lack of repayment.

18       The only issue, as I alluded to earlier, and as we've

19  already discussed, is this issue of whether this release is

20  effective.  And we don't think it is, as a matter of law.  So

21  we feel that summary judgment is appropriate, at a minimum

22  to -- because narrowing the issues, even if not disposing of

23  the case entirely, is always good, from our perspective -- at a

24  minimum, about the central breach of contract claim.  But also

25  because the release, we think, is evidently, as a matter of

**AYH Wind Down LLC v. Silberstein**

1   law, a fraudulent transfer, in which the debtor received

2   nothing, and Mr. Goldman essentially protected Mr. Silberstein,

3   his best friend, from having to repay this note.

4          We think it's a textbook fraudulent transfer.  And so

5   for all of those reasons -- again, I'm happy to entertain any

6   of the questions the Court may have -- we feel a summary

7   judgment motion, at this point, is the most expeditious way to

8   proceed.

9          THE COURT:  Do you want to address the issue about

10  arbitration?

11         MR. SILVESTRI:  Sure.  Sure.  Happy to.  There is, as

12  there has been for quite some time, I believe since February, a

13  pending motion to compel arbitration before Judge Rearden.

14  Defendant did not file that in this case.  They filed a

15  combined motion to withdraw the reference and to compel

16  arbitration before Judge Rearden.

17         Defendant did, following our previous pre-motion

18  conference, write a letter to Judge Rearden, essentially asking

19  her to decide the issue.  But we've had no movement in that

20  case, and it's -- well, that that action, and it's been fully

21  briefed.  That motion has been fully briefed since March,

22         We don't think that stands in the way of proceeding,

23  certainly not with regard to a motion to withdraw the

24  reference, but also with regard to the motion to compel

25  arbitration because, at this point, no decision regarding

**AYH Wind Down LLC v. Silberstein**

7

1    arbitrability has been made.

2           And so no stay -- even if a proper request had been

3    made -- and I do note the defendant has kind of danced around

4    this issue of are they going to ask officially, with a motion,

5    with argument, for a stay, or won't they?  They've argued now,

6    I think, in the letter responses back and forth surrounding

7    this conference, that there's a somehow an automatic stay of

8    these proceedings.  But that's --

9           THE COURT:  There's no automatic stay.

10          MR. SILVESTRI:  Right.  Right.

11          THE COURT:  That's simple math.

12          MR. SILVESTRI:  Right.

13          THE COURT:  The Bankruptcy Rules are clear that a

14   motion to withdraw the reference does not stay anything in the

15   bankruptcy court.  They have not made a motion before the

16   bankruptcy court about arbitration.  There's no stay motion in

17   the district court or in the bankruptcy court.  So that issue

18   is not before me.  There is no stay.

19          MR. SILVESTRI:  Right.  Right.  And so from our

20   perspective, the case proceeds.

21          THE COURT:  Okay.  All right.  Let me hear from the

22   other side.

23          MR. SAPONARA:  Good morning, Your Honor.  David

24   Saponara for the defendant.

25          I'll take them up in the order that my adversary did.

**AYH Wind Down LLC v. Silberstein**

8

| | |
|---|---|
| 1 | So as to the proposed motion for summary judgment, addressing |
| 2 | the merits at this time, he said it; it comes down to the |
| 3 | effectiveness of this release.  The plaintiff amended their |
| 4 | complaint to add four fraudulent transfer claims, not two, |
| 5 | including an intentional fraudulent transfer claim.  That's |
| 6 | going to be based on what was in Mr. Goldman's mind at the time |
| 7 | that he executed the release and settlement agreement on behalf |
| 8 | of the debtor entity. |
| 9 | The only evidence that they have in the record, that |
| 10 | they will present on summary judgment, is testimony from Mr. |
| 11 | Silberstein and testimony from Mr. Goldman.  And the testimony |
| 12 | does not support what the plaintiff will try to obtain on |
| 13 | summary judgment here. |
| 14 | As to the issue of whether there was consideration |
| 15 | exchanged for that release, there's a 2015 agreement, which the |
| 16 | plaintiff just ignores entirely, pretends it's not there, that |
| 17 | specifically recites that the defendant, Mr. Silberstein, had |
| 18 | six million dollars in claims against the debtor entity |
| 19 | preceding the note in 2018 and the release in 2020.  These are |
| 20 | not issues that the plaintiff is going to be able to resolve on |
| 21 | the papers on summary judgment. |
| 22 | As to the issue of whether there's an opportunity to |
| 23 | narrow issues here, this is where we get into the issue of |
| 24 | whether the Court can even entertain finally adjudicating this |
| 25 | matter on summary judgment. |

**AYH Wind Down LLC v. Silberstein**

1          THE COURT:  Well, I absolutely --

2          MR. SAPONARA:  First --

3          THE COURT:  I'm sorry.  In a case, O'Toole v.

4    McTaggart, I many years ago held that the bankruptcy court can

5    adjudicate motions for summary judgment.  And if the motion is

6    granted, you've got your avenues for relief.  It doesn't

7    dispose of all of the claims.  It's not even a final order or a

8    judgment.  So that I have to reject.

9          I have, in the past, in one written opinion, and in

10   other cases, ruled from the bench, I have the authority to rule

11   on summary judgment motions.  If I grant it, you have appellate

12   rights that are determined in accordance with Rule 9033, and

13   your rights are protected.  But I have the authority to do

14   that.  Now tell me why I shouldn't.

15         MR. SAPONARA:  Judge, I'm very familiar with the

16   Trinsum decision and the TS Employment decision, which is more

17   recent, from this Court in '22, discussing the Court's ability

18   to enter summary judgment.

19         And in TS Employment, Your Honor made clear that the

20   court cannot enter a final summary judgment.  The issue was

21   whether a partial summary judgment is a final adjudication,

22   which it's not.  But in that case, TS Employment, which is 641

23   B.R. 753, the Court made clear where the trustee in that case

24   was going to -- if the trustee obtained summary judgment on one

25   of the claims, and there were other claims that sought

**AYH Wind Down LLC v. Silberstein**

1  essentially the same relief, if they won on one of those

2  claims, they would withdraw the rest.  And that was a final

3  adjudication.  And Your Honor determined that the most you

4  could do is enter proposed findings of fact and conclusions of

5  law.  And we think that's the same situation here.

6          THE COURT:  Well -- and I don't shy away from doing

7  that.  I don't avoid ruling on motions that are before me.  I

8  have the authority to do it, and I do it.  If the district

9  court withdraws the reference, so be it.  But the district

10 court has not entered a stay.  It hasn't ruled on the motion to

11 withdraw the reference.

12         The typical pattern, since 2011, has been for district

13 courts to deny motions to withdraw the reference without

14 prejudice.  The district court will do whatever it believes

15 that it should do.  I don't control that.

16         MR. SAPONARA:  So here that --  I'm very familiar with

17 that whole body of case law.  Typically, that's where the

18 parties haven't engaged in discovery yet.  Here discovery is

19 done.  At this point, it's time to adjudicate.  The defense --

20         THE COURT:  All the more reason for me to adjudicate

21 whatever is before me, unless the district court rules and I no

22 longer have the authority to do that.

23         MR. SAPONARA:  Well, I don't even think the plaintiff

24 is contending here that you have the authority to finally

25 adjudicate this matter, because of the noncore nature, and

**AYH Wind Down LLC v. Silberstein**

1    because my client, the defendant, never filed a proof of claim.

2    So even as to the fraudulent transfer claims, I don't think

3    there's any dispute that the final judgment needs to be entered

4    by the district court.

5            THE COURT:  That's fine.  And in TS Employment, I got

6    affirmed by the district court.  There's a long history in TS

7    employment.  So I don't affect whatever appellate rights you

8    have when it's appropriate for me to enter proposed findings of

9    fact and conclusions of law.  If there are no disputed issues

10   and I decide as a matter of law -- unless the district court

11   believes somehow I blew it in determining that there are no

12   disputed issues.  I'm not saying -- I'm not ruling that -- this

13   hearing does not determine whether there are or are not

14   disputed issues of fact.  I can't grant summary judgment if

15   there are disputed issues of fact.  But today is not the time

16   to determine that.

17           MR. SAPONARA:  So I mean, my understanding of the pre-

18   motion conference requirement is to see whether it makes sense

19   for the Court to entertain summary judgment because it's a

20   heavy lift for the parties and a heavy lift for the Court.  We

21   think there are issues of fact all over this record that would

22   make -- doing summary judgment briefing at this time would just

23   be a fruitless exercise.

24           THE COURT:  Okay.  Mr. Silvestri, I am going to permit

25   the filing of a summary judgment motion, partial or full.

**AYH Wind Down LLC v. Silberstein**

12

1       When will you file your papers, Mr. Silvestri?

2       MR. SILVESTRI:  I was going to propose August 16th as

3   a deadline, Judge.

4       THE COURT:  How much time do you want to respond, Mr.

5   Saponara?

6       MR. SAPONARA:  Thirty days, please.

7       THE COURT:  Do you have any problem with the thirty

8   days to respond, Mr. Silvestri?

9       MR. SILVESTRI:  No, not at all.

10      THE COURT:  All right.  What is that date?  I don't

11  have my calendar open in front of me.  Is that a weekday?

12      MR. SAPONARA:  September 16th would be the Monday.

13      THE COURT:  Okay.

14      MR. ALOE:  And David, you should check to make sure

15  it's not one of these Jewish holidays.

16      MR. SAPONARA:  I think they start in early December --

17  early October this year.

18      THE COURT:  Yeah, they're late this year.

19      MR. ALOE:  Judge, I've never quite got the Jewish

20  holidays down, but I guess I get in trouble when I don't.

21      THE COURT:  Well, put it this way, I observe and I

22  always have trouble keeping the calendar straight.

23      All right.  When will you file a reply, Mr. Silvestri?

24      MR. SILVESTRI:  I'm looking at my calendar.

25      THE COURT:  Yeah.  Let me --

**AYH Wind Down LLC v. Silberstein**

13

1           MR. SILVESTRI:  The summary judgment -- can I have

2   till October 7th?  That's twenty-one days.

3           THE COURT:  Do you have a problem with that, Mr.

4   Saponara?

5           MR. SAPONARA:  No, Your Honor.

6           THE COURT:  All right.  October 7th for reply.

7           All right.  And typically what I do is I won't

8   schedule argument until I have all the papers.  And then we'll

9   find a date that's convenient for both of you.  I usually try

10  and schedule an argument for a week or two.  I do have a three-

11  week trial scheduled in October.  I don't have that date in

12  front of me.  That's the only thing that might slow me down in

13  scheduling argument, but I usually try and schedule argument

14  within two weeks -- about two weeks after the briefings closed,

15  to give me enough time to prepare.  But my courtroom deputy

16  would contact both of you and find a date that works for me and

17  works for both of you as well.  Okay?

18          MR. SILVESTRI:  That's fine, Your Honor.

19          THE COURT:  Mr. Aloe, did you want to be heard?

20          MR. ALOE:  No, Dave and I are --  he's my partner.

21  We're on the same team.

22          THE COURT:  All right.  So motion for summary judgment

23  filed by August 16th at 5 o'clock.  Opposition by 5 o'clock on

24  September 16th.  Reply by 5 o'clock on October 7th.  And then

25  we'll be in touch about scheduling a date for argument.  Okay?

**AYH Wind Down LLC v. Silberstein**

14

1          MR. SILVESTRI:  Thank you, Your Honor.

2          MR. SAPONARA:  Thank you, Your Honor.

3          THE COURT:  Thanks very much.

4        (Whereupon these proceedings were concluded at 10:19 AM)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

15

1

2                                 I N D E X

3

4    RULINGS:                                      PAGE   LINE

5    Plaintiff may file summary judgment motion.    11     25

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

16

1

2                   C E R T I F I C A T I O N

3

4    I, Sharona Shapiro, certify that the foregoing transcript is a

5    true and accurate record of the proceedings.

6

7

8    *Sharona Shapiro*

9    ─────────────────────────────────────────────

10   Sharona Shapiro (CET-492)

11   AAERT Certified Electronic Transcriber

12

13   eScribers

14   7227 North 16th Street, Suite #207

15   Phoenix, AZ 85020

16

17   Date:  July 18, 2024

18

19

20

21

22

23

24

25

**A**

ability (1)
  9:17
able (1)
  8:20
absolutely (1)
  9:1
accordance (1)
  9:12
action (1)
  6:20
add (1)
  8:4
added (1)
  4:21
address (1)
  6:9
addressing (1)
  8:1
adjudicate (4)
  9:5;10:19,20,25
adjudicating (1)
  8:24
adjudication (2)
  9:21;10:3
adversary (1)
  7:25
advised (1)
  4:15
affect (1)
  11:7
affirmed (1)
  11:6
again (1)
  6:5
against (1)
  8:18
ago (3)
  4:13,14;9:4
agreement (2)
  8:7,15
alluded (1)
  5:18
ALOE (4)
  12:14,19;13:19,20
always (2)
  5:23;12:22
amended (5)
  4:15,19,21;5:4;8:3
answered (1)
  5:5
appearances (1)
  4:3
appellate (2)
  9:11;11:7
appropriate (2)
  5:21;11:8
arbitrability (1)
  7:1
arbitration (5)
  6:10,13,16,25;7:16

argued (1)
  7:5
argument (6)
  7:5;13:8,10,13,13,
  25
around (1)
  7:3
August (2)
  12:2;13:23
authority (5)
  9:10,13;10:8,22,24
automatic (2)
  7:7,9
avenues (1)
  9:6
avoid (1)
  10:7
away (1)
  10:6

**B**

back (2)
  5:13;7:6
bankruptcy (6)
  4:23;7:13,15,16,17;
  9:4
based (1)
  8:6
begin (2)
  4:5,9
behalf (2)
  4:8;8:7
believes (2)
  10:14;11:11
bench (1)
  9:10
best (1)
  6:3
blew (1)
  11:11
body (1)
  10:17
both (3)
  13:9,16,17
BR (1)
  9:23
breach (3)
  5:8,11,24
briefed (2)
  6:21,21
briefing (1)
  11:22
briefings (1)
  13:14

**C**

calendar (3)
  12:11,22,24
call (1)
  5:8
called (1)

4:2
can (4)
  5:12;8:24;9:4;13:1
cart (1)
  4:16
case (9)
  4:25;5:23;6:14,20;
  7:20;9:3,22,23;10:17
cases (1)
  9:10
central (2)
  5:11,24
certainly (1)
  6:23
changed (1)
  5:6
check (1)
  12:14
choose (1)
  5:9
chose (1)
  4:19
claim (5)
  5:8,11,24;8:5;11:1
claims (8)
  4:23;8:4,18;9:7,25,
  25;10:2;11:2
clear (3)
  7:13;9:19,23
CLERK (1)
  4:2
client (1)
  11:1
closed (1)
  13:14
combined (1)
  6:15
compel (3)
  6:13,15,24
complaint (5)
  4:15,20,21;5:5;8:4
concluded (1)
  14:4
conclusions (2)
  10:4;11:9
conference (5)
  4:11;5:14;6:18;7:7;
  11:18
consideration (1)
  8:14
contact (1)
  13:16
contending (1)
  10:24
contract (3)
  5:8,11,24
control (1)
  10:15
convenient (1)
  13:9
core (2)
  5:8,10
COURT (44)

4:4,10;6:6,9;7:9,11,
  13,15,16,17,17,21;
  8:24;9:1,3,4,17,20,23;
  10:6,9,10,14,20,21;
  11:4,5,6,10,19,20,24;
  12:4,7,10,13,18,21,
  25;13:3,6,19,22;14:3
courtroom (1)
  13:15
courts (1)
  10:13
Court's (1)
  9:17

**D**

danced (1)
  7:3
date (5)
  12:10;13:9,11,16,
  25
Dave (1)
  13:20
David (2)
  7:23;12:14
days (3)
  12:6,8;13:2
deadline (1)
  12:3
debtor (3)
  6:1;8:8,18
December (1)
  12:16
decide (2)
  6:19;11:10
decision (3)
  6:25;9:16,16
Defendant (8)
  4:19,25;6:14,17;
  7:3,24;8:17;11:1
defense (1)
  10:19
deny (1)
  10:13
deputy (1)
  13:15
detail (1)
  5:3
determine (2)
  11:13,16
determined (2)
  9:12;10:3
determining (1)
  11:11
different (1)
  5:9
disclosures (1)
  4:20
discovery (2)
  10:18,18
discussed (1)
  5:19
discussing (1)

9:17
discussion (1)
  5:10
dispose (1)
  9:7
disposing (1)
  5:22
dispute (2)
  5:7;11:3
disputed (4)
  11:9,12,14,15
disputes (1)
  5:15
district (9)
  7:17;10:8,9,12,14,
  21;11:4,6,10
dollars (1)
  8:18
done (1)
  10:19
down (3)
  8:2;12:20;13:12

**E**

earlier (1)
  5:18
early (2)
  12:16,17
effective (1)
  5:20
effectiveness (1)
  8:3
Employment (5)
  9:16,19,22;11:5,7
engaged (1)
  10:18
enough (1)
  13:15
enter (4)
  9:18,20;10:4;11:8
entered (2)
  10:10;11:3
entertain (3)
  6:5;8:24;11:19
entirely (1)
  5:23;8:16
entity (2)
  8:8,18
Eric (1)
  4:7
essentially (7)
  4:18,24;5:4,7;6:2,
  18;10:1
even (6)
  5:22;7:2;8:24;9:7;
  10:23;11:2
everybody (1)
  4:9
evidence (1)
  8:9
evidently (1)
  5:25

**exchanged (1)**
8:15
**executed (1)**
8:7
**exercise (1)**
11:23
**expeditious (1)**
6:7

**F**

**fact (5)**
10:4;11:9,14,15,21
**facts (2)**
5:7,16
**familiar (2)**
9:15;10:16
**February (1)**
6:12
**feel (2)**
5:21;6:6
**file (4)**
4:15;6:14;12:1,23
**filed (4)**
4:20;6:14;11:1;
13:23
**filing (1)**
11:25
**final (5)**
9:7,20,21;10:2;11:3
**finally (2)**
8:24;10:24
**find (2)**
13:9,16
**findings (2)**
10:4;11:8
**fine (2)**
11:5;13:18
**first (2)**
4:3;9:2
**following (1)**
6:17
**forth (2)**
5:13;7:6
**four (1)**
8:4
**fraudulent (7)**
4:22,22;6:1,4;8:4,5;
11:2
**friend (1)**
6:3
**front (3)**
4:13;12:11;13:12
**fruitless (1)**
11:23
**full (1)**
11:25
**fully (2)**
6:20,21
**funds (1)**
5:16

**G**

**Goldman (3)**
5:1;6:2;8:11
**Goldman's (1)**
8:6
**Good (4)**
4:5,7;5:23;7:23
**grant (2)**
9:11;11:14
**granted (1)**
9:6
**guess (1)**
12:20

**H**

**happen (1)**
4:18
**happy (3)**
5:2;6:5,11
**hear (1)**
7:21
**heard (1)**
13:19
**hearing (1)**
11:13
**heavy (2)**
11:20,20
**held (1)**
9:4
**history (1)**
11:6
**holidays (2)**
12:15,20
**Honor (11)**
4:7,15;5:3,12;7:23;
9:19;10:3;13:5,18;
14:1,2
**horse (1)**
4:16

**I**

**ignores (1)**
8:16
**including (1)**
8:5
**information (1)**
4:21
**initial (1)**
4:20
**intentional (1)**
8:5
**into (3)**
5:2,12;8:23
**issue (12)**
4:24;5:5,18,19;6:9,
19;7:4,17;8:14,22,23;
9:20
**issued (1)**
5:16

**issues (9)**
5:15,22;8:20,23;
11:9,12,14,15,21

**J**

**Jewish (2)**
12:15,19
**Judge (8)**
4:3,12;6:13,16,18;
9:15;12:3,19
**judgment (23)**
4:12,17;5:21;6:7;
8:1,10,13,21,25;9:5,8,
11,18,20,21,24;11:3,
14,19,22,25;13:1,22

**K**

**keeping (1)**
12:22
**kind (1)**
7:3

**L**

**lack (1)**
5:17
**late (1)**
12:18
**law (8)**
4:23,24;5:20;6:1;
10:5,17;11:9,10
**leading (1)**
5:13
**letter (2)**
6:18;7:6
**lift (2)**
11:20,20
**little (1)**
4:13
**long (1)**
11:6
**longer (1)**
10:22
**looking (1)**
12:24

**M**

**makes (1)**
11:18
**many (1)**
9:4
**March (1)**
6:21
**material (3)**
5:7,15,15
**math (1)**
7:11
**matter (7)**
4:3,6;5:20,25;8:25;
10:25;11:10

**may (2)**
4:12;6:6
**McTaggart (1)**
9:4
**mean (2)**
4:17;11:17
**merits (1)**
8:2
**might (1)**
13:12
**million (1)**
8:18
**mind (1)**
8:6
**minimum (3)**
5:7,21,24
**Monday (1)**
12:12
**month-and-a-half (1)**
4:14
**more (3)**
5:2;9:16;10:20
**morning (3)**
4:5,7;7:23
**most (2)**
6:7;10:3
**motion (19)**
4:12,15,19;6:7,13,
15,21,23,24;7:4,14,
15,16;8:1;9:5;10:10;
11:18,25;13:22
**motions (5)**
4:17;9:5,11;10:7,13
**movement (1)**
6:19
**much (5)**
4:4;12:4;14:3

**N**

**narrow (1)**
8:23
**narrowing (1)**
5:22
**nature (1)**
10:25
**needs (1)**
11:3
**New (1)**
4:23
**noncore (2)**
5:10;10:25
**note (4)**
5:16;6:3;7:3;8:19
**Nothing's (1)**
5:6

**O**

**obligations (1)**
5:1
**observe (1)**
12:21

**obtain (1)**
8:12
**obtained (1)**
9:24
**o'clock (3)**
13:23,23,24
**October (5)**
12:17;13:2,6,11,24
**officially (1)**
7:4
**one (5)**
4:23;9:9,24;10:1;
12:15
**only (4)**
4:24;5:18;8:9;
13:12
**open (1)**
12:11
**opinion (1)**
9:9
**opportunity (1)**
8:22
**oppose (1)**
4:19
**Opposition (1)**
13:23
**order (2)**
7:25;9:7
**O'Toole (1)**
9:3
**over (1)**
11:21

**P**

**papers (4)**
5:13;8:21;12:1;
13:8
**partial (2)**
9:21;11:25
**parties (2)**
10:18;11:20
**partner (1)**
13:20
**past (1)**
9:9
**pattern (1)**
10:12
**pending (2)**
4:14;6:13
**permit (1)**
11:24
**perspective (2)**
5:23;7:20
**plaintiff (6)**
4:8;8:3,12,16,20;
10:23
**please (1)**
12:6
**point (5)**
5:4,14;6:7,25;10:19
**position (1)**
5:3

**pre- (1)**
    11:17
**preceding (1)**
    8:19
**prejudice (1)**
    10:14
**pre-motion (2)**
    4:11;6:17
**prepare (1)**
    13:15
**present (1)**
    8:10
**pretends (1)**
    8:16
**previous (1)**
    6:17
**probably (2)**
    4:17;5:9
**problem (2)**
    12:7;13:3
**proceed (1)**
    6:8
**proceeding (1)**
    6:22
**proceedings (2)**
    7:8;14:4
**proceeds (1)**
    7:20
**promissory (1)**
    5:16
**proof (1)**
    11:1
**proper (1)**
    7:2
**propose (1)**
    12:2
**proposed (3)**
    8:1;10:4;11:8
**protected (2)**
    6:2;9:13
**purported (1)**
    4:25
**put (2)**
    4:16;12:21

**Q**

**quite (2)**
    6:12;12:19

**R**

**real (1)**
    5:15
**Rearden (3)**
    6:13,16,18
**reason (1)**
    10:20
**reasons (1)**
    6:5
**recall (1)**
    4:12
**received (1)**

**6:1**
**recent (1)**
    9:17
**recites (1)**
    8:17
**record (2)**
    8:9;11:21
**reference (6)**
    6:15,24;7:14;10:9,
    11,13
**regard (2)**
    6:23,24
**regarding (1)**
    6:25
**reject (1)**
    9:8
**related (1)**
    4:24
**release (7)**
    4:25;5:19,25;8:3,7,
    15,19
**relevant (1)**
    4:21
**relief (2)**
    9:6;10:1
**repay (1)**
    6:3
**repayment (1)**
    5:17
**reply (3)**
    12:23;13:6,24
**request (2)**
    4:13;7:2
**requirement (1)**
    11:18
**resolve (1)**
    8:20
**respond (2)**
    12:4,8
**responses (1)**
    7:6
**rest (1)**
    10:2
**right (13)**
    4:2,5;7:10,10,12,19,
    19,21;12:10,23;13:6,
    7,22
**rights (3)**
    9:12,13;11:7
**rule (2)**
    9:10,12
**ruled (2)**
    9:10;10:10
**Rules (2)**
    7:13;10:21
**ruling (2)**
    10:7;11:12

**S**

**same (4)**
    4:13;10:1,5;13:21
**SAPONARA (14)**

**7:23,24;9:2,15;**
    10:16,23;11:17;12:5,
    6,12,16;13:4,5;14:2
**saying (1)**
    11:12
**schedule (3)**
    13:8,10,13
**scheduled (1)**
    13:11
**scheduling (2)**
    13:13,25
**sense (1)**
    11:18
**September (2)**
    12:12;13:24
**settlement (1)**
    8:7
**shy (1)**
    10:6
**side (1)**
    7:22
**Silberstein (5)**
    4:2,6;6:2;8:11,17
**SILVESTRI (17)**
    4:7,8,11;6:11;7:10,
    12,19;11:24;12:1,2,8,
    9,23,24;13:1,18;14:1
**simple (1)**
    7:11
**situation (1)**
    10:5
**six (1)**
    8:18
**slow (1)**
    13:12
**somehow (2)**
    7:7;11:11
**sorry (1)**
    9:3
**sought (1)**
    9:25
**specifically (1)**
    8:17
**stands (1)**
    6:22
**start (1)**
    12:16
**State (1)**
    4:24
**stay (8)**
    7:2,5,7,9,14,16,18;
    10:10
**straight (1)**
    12:22
**suffice (1)**
    5:14
**summary (21)**
    4:12,17;5:21;6:6;
    8:1,10,13,21,25;9:5,
    11,18,20,21,24;11:14,
    19,22,25;13:1,22
**support (1)**
    8:12

**Sure (3)**
    6:11,11;12:14
**surrounding (3)**
    5:8;16;7:6

**T**

**team (1)**
    13:21
**terms (1)**
    5:6
**testimony (3)**
    8:10,11,11
**textbook (1)**
    6:4
**Thanks (1)**
    14:3
**Thirty (2)**
    12:6,7
**three- (1)**
    13:10
**till (1)**
    13:2
**today (1)**
    11:15
**took (1)**
    4:3
**touch (1)**
    13:25
**transfer (6)**
    4:22;6:1,4;8:4,5;
    11:2
**trial (1)**
    13:11
**Trinsum (1)**
    9:16
**trouble (2)**
    12:20,22
**trustee (2)**
    9:23,24
**try (3)**
    8:12;13:9,13
**TS (5)**
    9:16,19,22;11:5,6
**twenty-one (1)**
    13:2
**two (7)**
    4:17,22,22;8:4;
    13:10,14,14
**typical (1)**
    10:12
**Typically (2)**
    10:17;13:7

**U**

**under (2)**
    4:23,23
**unless (2)**
    10:21;11:10
**up (2)**
    5:13;7:25
**updated (1)**

**4:20**
**usually (2)**
    13:9,13

**V**

**versus (1)**
    5:10
**view (2)**
    5:6,14

**W**

**waited (1)**
    4:18
**wants (1)**
    4:5
**way (3)**
    6:7,22;12:21
**week (2)**
    13:10,11
**weekday (1)**
    12:11
**weeks (2)**
    13:14,14
**Whereupon (1)**
    14:4
**whole (1)**
    10:17
**withdraw (6)**
    6:15,23;7:14;10:2,
    11,13
**withdraws (1)**
    10:9
**within (1)**
    13:14
**without (1)**
    10:13
**won (1)**
    10:1
**word (1)**
    5:9
**works (2)**
    13:16,17
**write (1)**
    6:18
**written (1)**
    9:9

**Y**

**year (2)**
    12:17,18
**years (1)**
    9:4
**York (1)**
    4:23

**1**

**10:19 (1)**
    14:4
**16th (4)**

**In the Matter of: All Year Holdings Limited**

July 10, 2024

12:2,12;13:23,24

**2**

**2011 (1)**
10:12
**2015 (1)**
8:15
**2018 (1)**
8:19
**2020 (1)**
8:19
**22 (1)**
9:17

**5**

**5 (3)**
13:23,23,24

**6**

**641 (1)**
9:22

**7**

**753 (1)**
9:23
**7th (3)**
13:2,6,24

**9**

**9033 (1)**
9:12