UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/28/2025

In re ALL YEAR HOLDINGS LIMITED,

                      Debtor.

AYH WIND DOWN LLC, through Ofer Tzur and Amir Flamer, solely in their joint capacity as Claims Administrator,

                      Plaintiff,

          -v.-

YOEL SILBERSTEIN,

                      Defendant.

24 Civ. 800 (JHR)

OPINION AND ORDER

JENNIFER H. REARDEN, District Judge:

On April 7, 2025, the Court ordered Plaintiff to file a letter, by April 14, 2025, stating whether the parties seek to submit additional briefing on the motion to withdraw the bankruptcy reference and compel arbitration, *see* ECF No. 1. Plaintiff did not do so.

The docket reflects that the Bankruptcy Court permitted Plaintiff to file an amended complaint alleging four additional claims in the adversary proceeding, ECF No. 13-8, after the parties completed briefing on the motion to withdraw the bankruptcy reference and compel arbitration. In view of the amended complaint, Defendant shall file a supplemental letter brief, by **June 4, 2025**, addressing whether he seeks to compel arbitration of Counts II through V of the amended complaint. Plaintiff shall file a response, if any, by **June 9, 2025**. All letter briefs shall cite and discuss any relevant authorities and be supported, as necessary, by affidavits or other materials.

    SO ORDERED.

Dated: May 28, 2025
       New York, New York

                                                                   _____
                                                                   JENNIFER H. REARDEN
                                                                   United States District Judge